UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| - v - | 20 Cr.307(ALC) |
| KENYATTA BROWN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KEVIN NATHANIEL FOX, United States Magistrate Judge:

It is hereby ORDERED that the defendant **Kenyatta Brown**, Reg. No. 15652-171, is to be released from custody on Wednesday, November 18, 2020, at (or by) 11:00 AM from the U.S. Marshals Service cell block located at 500 Pearl Street, 4th Floor to a representative of the U.S. Probation Office for the purpose of entering an inpatient drug treatment program.

Dated:    New York, New York
          November 17, 2020

                              SO ORDERED:

                              *Kevin Nathaniel Fox*
                              _____
                              **Honorable Kevin Nathaniel Fox**
                              United States Magistrate Judge