USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **2 · // · 2/**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                           **Plaintiff,**

        **-against-**

KENYATTA BROWN,

                         **Defendant.**

:  20-CR-307 (ALC)

:  **ORDER**

------------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **February 16, 2021** at

**3:30 p.m.**  The parties should contact the Court at 1-888-363-4749 on the date and time

specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**


**Dated:**       **New York, New York**
                 **February 11, 2021**

                                         **ANDREW L. CARTER, JR.**
                                     **United States District Judge**