UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES vs. Kenyatta Ahmad Brown | 20 Cr. 307 (ALC) Order |

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, Kenyatta Ahmad Brown, Reg # 15652-171

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

2/16/21
Date

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-17-21