USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8-6-21_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                     :
                                              :
                              Plaintiff,      :
                                              :        20-CR-307 (ALC)
              -against-                       :
                                              :        **ORDER**
KENYATTA BROWN,                               :
                                              :
                              Defendant.      :
                                              :
                                              :
------------------------------------------------------------------------- :
                                              x

ANDREW L. CARTER, JR., District Judge:

A Telephone Violation of Supervised Release Hearing is set for **August 16, 2021** at

**12:00 p.m.**   The parties should contact the Court at 1-888-363-4749 on the date and time

specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:        New York, New York
              August 6, 2021


                                        ANDREW L. CARTER, JR.
                                        United States District Judge