```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                        FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
                                                    DATE FILED: 8-16-21
```

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

KENYATTA BROWN,

                Defendant.

20-CR-307 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **August 17, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     New York, New York
              August 16, 2021

                                      _____
                                      ANDREW L. CARTER, JR.
                                      **United States District Judge**